IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMPLAINT OF: | § | Electronically Filed |
| | § | |
| IMPERIAL RIVER TRANSPORT, LLC | § § | Case No. 2:23-cv-00236-WSS-PLD |
| | § | |
| FOR EXONERATION OR LIMITATION OF LIABILITY | § § § | JUDGE STICKMAN |

## ORDER APPROVING JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE

The Court hereby approves the parties' Joint Stipulation of Voluntary Dismissal of All Claims with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, this action, including all claims, counterclaims, and defenses, is hereby dismissed with prejudice, with each party bearing its own costs and attorney's fees.

Date: 1/6/2026

_____
WILLIAM S. STICKMAN IV
U.S. DISTRICT JUDGE